AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

19-CV-7416 (ER)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* The Department of Education of the City of New York
was received by me on *(date)* Sept. 13 2019.

☒ I personally served the summons on the individual at *(place)* 100 Church Street N.Y. N.Y. 10007 on *(date)* Sept 13 2019; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Betty Marzyec, who is designated by law to accept service of process on behalf of *(name of organization)* NYC Law Department on *(date)* 9/13/19 Sept. 13; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: Sept. 13 2019

*Elizabeth Combier*
Server's signature

Elizabeth Combier
Printed name and title

315 E. 65 St. 4C
NY NY 10065
Server's address

*Eldr Keys*

ELDREN W KEYS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KE6362995
Qualified in New York County
My Commission Expires 08-14-2021

Additional information regarding attempted service, etc:

[Notary seal: ELDREN KEYS NOTARY PUBLIC STATE OF NEW YORK]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-13-19

2019 SEP 13 PM 4:11
RECEIVED
SDNY PRO SE OFFICE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Reyna Arroyo
_Plaintiff(s)_

v.

The Department of Education of the City of New York
_Defendant(s)_

19 CV 7416

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The Department of Education of the City of New York
52 Chambers Street
N.Y. N.Y. 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reyna Arroyo
651 Tilton Ave.
Teaneck, NJ. 07666

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Aug. 8 2019

_Signature of Clerk or Deputy Clerk_

RUBY J. KRAJICK

**JUDGE RAMOS**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Reyna Arroyo
_____
Plaintiff(s)

v.

The Department of Education of the
City of New York
_____
Defendant(s)

Civil Action No. **19 CV 7416**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The Department of Education of the City of
New York
52 Chambers Street
N.Y. N.Y. 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reyna Arroyo
651 Tilden Ave.
Teaneck, NJ. 07666

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Aug. 8 2019

*Signature of Clerk or Deputy Clerk*

RUBY J. KRAJICK