UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
REYNA ARROYA,

                Plaintiff,                      **NOTICE OF APPEARANCE**

  -against-                                      **19 Civ 07416 (ER)**

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK,

                Defendant.
---------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that Plaintiff Reyna Arroya is appearing herein through her attorney, Stewart Lee Karlin, Esq., Stewart Lee Karlin Law Group, P.C., 111 John St., 22nd Floor, New York, NY 10038, Tel: (212) 792-9670, Fax: (212) 732-4443; e-mail address: slk@stewartkarlin.com.   Henceforth, please serve all papers on the undersigned

Dated:  New York, New York
         September 8, 2020                        STEWART LEE KARLIN
                                                                LAW GROUP, P.C.

                                                        /s/ Stewart Lee Karlin, Esq.
                                                    STEWART LEE KARLIN ESQ.
                                                    *Attorneys for Plaintiff*
                                                    111 John St., 22nd Floor
                                                    New York, NY 10038
                                                    (212) 792-9670
                                                    slk@stewartkarlin.com