UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
REYNA ARROYO,

        Plaintiff,                      **NOTICE OF APPEARANCE**

  -against-                              **19 Civ 07416 (ER)**

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK,

        Defendant.
---------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that Plaintiff Reyna Arroyo is appearing herein through her attorney, Stewart Lee Karlin, Esq., Stewart Lee Karlin Law Group, P.C., 111 John St., 22nd Floor, New York, NY 10038, Tel: (212) 792-9670, Fax: (212) 732-4443; e-mail address: slk@stewartkarlin.com. Henceforth, please serve all papers on the undersigned

Dated:  New York, New York
        September 8, 2020                              STEWART LEE KARLIN
                                                                       LAW GROUP, P.C.

                                                                       /s/ Stewart Lee Karlin, Esq.
                                                                       STEWART LEE KARLIN ESQ.
                                                                       *Attorneys for Plaintiff*
                                                                       111 John St., 22nd Floor
                                                                       New York, NY 10038
                                                                       (212) 792-9670
                                                                       slk@stewartkarlin.com