# STEWART LEE KARLIN LAW GROUP, P.C.

**Attorneys at Law**
**111 JOHN STREET, 22ND FLOOR**
**New York, New York 10038**
**(212) 792-9670/Office**
**(212) 732-4443/Fax**

slk@stewartkarlin.com

**MEMBER OF THE BAR**  
**NEW YORK & FLORIDA**

Concentrating in Employment, Insurance and Education Law

September 8, 2020

**VIA ECF**
Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      **RE:**    Arroyo v. Department of Education of the City of New York
                19 Civ 07416 (ER)

Dear Judge Ramos:

      Plaintiff's counsel is writing this letter to advise the Court that it has just been retained by Plaintiff and that a notice of appearance (corrected) has just been filed. (Dkt 26). Plaintiff had been pro se. Plaintiff is requesting additional time to amend her complaint from September 10, 2020 to September 30, 2020. This is the first request for an extension of time to amend the complaint. I have reached out to opposing counsel via telephone and email and have not had a response back as to Defendant's position.

      A review of the docket sheet reflects that there is an Order (Dkt No. 24) granting in part and denying in part Defendant's Motion to Dismiss and allowing Plaintiff to amend her complaint by September 10, 2020. Plaintiff's counsel would respectfully request that she be allowed until September 30, 2020 to amend her complaint. The pro se complaint has several claims being asserted and is about 20 pages long. Plaintiff needs additional time to review the documents in her case including from her 3020a hearing which is voluminous.

      Thank you for your consideration in this matter.

Very truly yours,

s/Stewart Lee Karlin
STEWART LEE KARLIN

SLK/cb

cc: Alana Mildner, ACC via ECF