UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
REYNA ARROYO,

        *Plaintiff*,         Case No.: 19-CV-7416 (ER)

  -against-

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK,

        *Defendants*.
-------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Plaintiff is also appearing herein through her attorney, Natalia Kapitonova, Esq, 111 John Street, 22nd Floor, New York, NY 10038, Tel: (212) 792-9670; Fax: (212) 732-4443; ECF Address: cnk@stewartkkarlin.com. Henceforth, please serve all papers on Plaintiff's counsel.

Dated:  New York, New York
        September 28, 2020               STEWART LEE KARLIN
                                                                   LAW GROUP, P.C.

                                                                    *s/Natalia Kapitonova*
                                                                    Natalia Kapitonova
                                                                    *Attorney for Plaintiff*
                                                                    111 John St., 22nd Floor
                                                                    New York, NY 10038
                                                                    (212) 792-9670