# STEWART LEE KARLIN LAW GROUP, P.C.
# 111 John Street, 22nd Floor
# New York, New York 10038
# (212) 792-9670/Office
# (212) 732-4443/Fax

cnk@stewartkarlin.com

**NATALIA KAPITONOVA, ESQ.**

MEMBER OF THE BAR　　　　　　　　　　　　　　　Concentrating in Employment, Education and
NEW YORK & NEW JERSEY　　　　　　　　　　　　Insurance Law

Website: www.stewartkarlin.com

October 08, 2020

**Via ECF**
Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:　**Reyna Arroyo v. The Department of Education of the City of New York**
　　　**19-CV-7416 (ER)**

Dear Judge Ramos:

I am attorney also representing Plaintiff Arroyo in this matter. In accordance with this Clerk's deficiency notice received today, Plaintiff is requesting permission to re-file the amendment complaint. I have contacted opposing counsel and she has graciously consented to this request.

As Your Honor will recall, the due date for the amended complaint was on September 30, 2020. Plaintiff timely filed the amended complaint on September 30, 2020. (Dkt No. 32) However, today the Clerk noted deficiencies in the filing when the undersigned accidently clicked on the wrong prompt regarding the selection of the wrong parties to whom the complaint is against.

Thus, it is respectfully submitted that the request for permission to refile the amended complaint to correct the deficiencies be granted.

Thank you for your consideration herein.

Very truly yours,

*s/ Natalia Kapitonova*
NATALIA KAPITONOVA, ESQ.

Alana Rachel Mildner, ACC　via ECF