UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

REYNA ARROYO,

                                    Plaintiff,

            –      against –

THE DEPARTMENT OF EDUCATION OF THE CITY OF
NEW YORK,

                                    Defendant.
------------------------------------------------------------------------- X

**DEFENDANT'S NOTICE OF
MOTION TO DISMISS THE
AMENDED COMPLAINT**

Civil Action No. 19 Civ.7416
(ER)

     **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Alana R. Mildner

and the exhibits annexed thereto, Memorandum of Law in Support of Defendant's Motion to

Dismiss the Amended Complaint, and upon all the papers and proceedings previously had

herein, Defendant, the Board of Education of the City School District of the City of New York,

operating as the New York City Department of Education, will move this Court at the United

States Courthouse for the Southern District of New York, 40 Foley Square, New York, New

York 10007, before the Honorable Edgardo Ramos, United States District Judge, at such time as

the Court may deem fit to hear the parties, for a judgment, pursuant to Federal Civil Procedure

Rule 12(b)(6), dismissing the Amended Complaint against Defendant and granting Defendant

such other and further relief that this Court deems just and proper.

Date:      Queens, New York
           December 18, 2020

            **JAMES E. JOHNSON**
            Corporation Counsel of the City of New York
            Attorney for Defendant
            100 Church Street, Room 2-146
            New York, New York  10007
            (212) 356-1177

            By:            /s/
                Alana R. Mildner
                Assistant Corporation Counsel

**<u>Via ECF</u>**
Stewart Lee Karlin
Natalia Kapitonova
Stewart Lee Karlin Law Group, P.C.
*Attorneys for Plaintiff*
111 John Street #22
New York, NY 10007

Civil Action No. 19 Civ. 7416 (ER)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REYNA ARROYO,

Plaintiff,

-against-

THE CITY OF NEW YORK DEPARTMENT OF
EDUCATION,

Defendant.

**NOTICE OF MOTION TO DISMISS THE
AMENDED COMPLAINT**

***JAMES E. JOHNSON***
*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street, Room 2-146*
*New York, New York  10007*

*Of Counsel:  Alana R. Mildner*
        *William S. J. Fraenkel*
*Tel:  (212) 356-1177*
*Matter No. 2019-062549*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ................................................, 2020*

*...........................................................................Esq.*

*Attorney for...................................................................*