**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
REYNA ARROYO,

                     Plaintiff,

    -against-                                             19 **CIVIL** 7416 (ER)

THE DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK,
                                                   **JUDGMENT**

                     Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 20, 2021, Defendant's motion is GRANTED.

**Dated:**  New York, New York

      September 20, 2021

                                               **RUBY J. KRAJICK**
                                                 Clerk of Court
                           **BY:**
                                                 **Deputy Clerk**